Gary A. Zipkin, Esq.
Christina A. Rankin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:　　gzipkin@guessrudd.com
　　　　　　crankin@guessrudd.com

Attorneys for Government Entities Mutual, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALASKA MUNICIPAL LEAGUE JOINT INSURANCE ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:15-cv-00203-TMB |
| vs. | ) ) | |
| GOVERNMENT ENTITIES MUTUAL, INC., | ) ) ) | |
| Defendant. | ) ) | |

MOTION TO DISMISS AND TO ENFORCE
CONTRACTUAL DISPUTE RESOLUTION PROCEDURE

Pursuant to FRCP 12(b)(6), Local Civil Rule 16.2(a), the Federal

Arbitration Act, and Alaska's Uniform and Revised Uniform Arbitration Act, Government

Entities Mutual, Inc. ("GEM"), by and through its attorneys, Guess & Rudd P.C., hereby

Motion to Dismiss
AMLJIA v. GEM, Case No. 3:15-cv-00203-TMB
Page 1 of 2
Case 3:15-cv-00203-TMB   Document 10   Filed 12/23/15   Page 1 of 2

moves for an order dismissing this case and enforcing the contractual dispute resolution procedure. This motion is supported by the memorandum and exhibits filed herewith.

DATED at Anchorage, Alaska, this 23rd day of December, 2015.

GUESS & RUDD P.C.
Attorneys for Government Entities Mutual, Inc.


By: /s Gary A. Zipkin
Gary A. Zipkin, AK Bar No. 7505048
Christina A. Rankin, AK Bar No. 0306034
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Phone: (907) 793-2200
Fax: (907) 793-2299
E-mail: gzipkin@guessrudd.com
E-mail: crankin@guessrudd.com


CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of
December, 2015, I mailed a true and correct copy
of the foregoing document to:

Barry J. Kell, Esq.
Kell & Associates, P.C.
807 G Street, Suite 240
Anchorage, AK 99501

Guess & Rudd P.C.


By: /s/ Gary A. Zipkin
F:\DATA\6460\1\Pleadings\08 Motion to Dismiss.doc