Gary A. Zipkin, Esq.
Christina A. Rankin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com
E-mail: crankin@guessrudd.com

Attorneys for Government Entities Mutual, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA MUNICIPAL LEAGUE JOINT INSURANCE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT ENTITIES MUTUAL, INC., <br><br> Defendant. | Case No. 3:15-cv-00203-TMB |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby stipulate and

agree that all claims which were asserted in this action, or which could have been asserted

in this action, are dismissed in their entirety and with prejudice, each side bearing its own

costs and attorney's fees.

Stipulation for Dismissal With Prejudice
AMLJIA v. GEM, Case No. 3:15-cv-00203-TMB
Page 1 of 2

GUESS & RUDD P.C.
Attorneys for Government Entities Mutual, Inc.

Dated: 9/15/16        By: /s/ Gary A. Zipkin
                      Gary A. Zipkin, AK Bar No. 7505048
                      Christina A. Rankin, AK Bar No. 0306034
                      Guess & Rudd P.C.
                      510 L Street, Suite 700
                      Anchorage, Alaska  99501
                      Phone: (907) 793-2200
                      Fax: (907) 793-2299
                      E-mail: gzipkin@guessrudd.com
                      E-mail: crankin@guessrudd.com

KELL & ASSOCIATES, P.C.
Attorneys for Alaska Municipal League
Joint Insurance Association

Dated: 9/15/16        By: /s/ Barry J. Kell (consent)
                      Barry J. Kell, ABA No. 8611120
                      Kell & Associates, P.C.
                      807 G Street, Suite 240
                      Anchorage, Alaska  99501
                      Phone: (907) 279-3511
                      Fax: (907) 279-3514
                      E-mail: kell.barry.ak@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2016, the foregoing document was served electronically on:

Barry J. Kell, Esq.

Guess & Rudd P.C.

By: /s/ Gary A. Zipkin
F:\DATA\6460\1\Pleadings\10 Stip for dismissal.doc

Stipulation for Dismissal With Prejudice
AMLJIA v. GEM, Case No. 3:15-cv-00203-TMB
Page 2 of 2